IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

IN RE: PAUL HENRY SIMON
DEBTOR

CASE NO: 6:26-bk-71073
CHAPTER 13

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

Comes now Kathy A. Cruz, Cruz Law Firm, P.L.C., the attorney of record for the Debtor, Paul Henry Simon, in the above-referenced matter, and for her Motion to Withdraw as Attorney of Record, states as follows:

1. The Debtor filed a Skeletal Voluntary Bankruptcy on May 29, 2026.
2. That on June 18, 2026, Debtor filed his deficient Schedules and Chapter 13 Plan.
3. That on August 26, 2026, the Debtor requested that attorney, Kathy A. Cruz, Cruz Law Firm, P.L.C. withdraw from his case so that he can go to Legal Aid.
4. There are currently no unearned attorney fees and this attorney stands ready to make available to debtor a copy of the file upon his request.
5. The attorney requests that this Court grant her Motion to be relieved as counsel of record for the Debtor herein.

WHEREFORE, attorney, Kathy A. Cruz, prays this Court for an Order granting her Motion to Withdraw as Attorney of Record in the above-referenced matter, and for all other relief to which she is entitled.

Respectfully submitted,
Paul Henry Simon, Debtor

By: /s/Kathy A. Cruz

Arkansas Bar ID No. 87079
Cruz Law Firm, P.L.C
1325 Central Avenue
Hot Springs, AR 71901
(501) 624-3600 {telephone}
(501) 624-1150 {facsimile}
kathycruzlaw@gmail.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a copy of the above Motion has been mailed via electronic filing, on this 26th day of August, 2026, to the following interested parties:

Jack W. Gooding, Trustee
PO Box 8202
Little Rock, AR 72221-8202

Paul Simon
150 Huntington Court
Pearcy, AR 71964

/s/Kathy A. Cruz
Kathy A. Cruz