**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

In re: PAUL HENRY SIMON

Case No: 6:26-bk-71073 T

OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1322(a)(1). The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan. The proposed payments under the plan are insufficient to accomplish the purposes designated under the plan.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated: 8/27/2026

/s/ Jack W Gooding

CHAPTER 13 TRUSTEE

**CERTIFICATE OF SERVICE**

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 8/27/2026, with sufficient postage to assure delivery to the following:

Paul Henry Simon
150 Huntington Court
Pearcy, Ar 71964

Kathy A Cruz - Electronically by ECF

/s/ Jack W Gooding

CHAPTER 13 TRUSTEE